JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN NASH, an individual,<br><br>Plaintiff,<br>vs.<br><br>AMEX ASSURANCE COMPANY, a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: CV 16-2642-DMG (JCx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [25]** |
| AMEX ASSURANCE COMPANY, an Illinois corporation; and DOES,<br><br>Counter-Claimant,<br>vs.<br><br>MARTIN NASH, an individual,<br><br>Counter-Defendant. | |

Pursuant to the parties' Stipulation and for good cause shown, IT IS HEREBY ORDERED that this action and the counterclaims therein, are dismissed in their entirety with prejudice. Each party will bear his or its own attorneys' fees and costs of suit in connection with this action. All scheduled dates and deadlines are VACATED.

DATED: September 6, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE